IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| MAWULE TEPE, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No. |
| v. | ) |
| | ) |
| WHIRLPOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Whirlpool Corporation files this disclosure statement pursuant to Federal Rule

of Civil Procedure 7.1 and states the following:

Whirlpool Corporation has no parent corporation, and no publicly held company owns 10%

or more of Whirlpool Corporation.

Dated this 25th day of May, 2022.

Respectfully submitted,

/s/ Luci L. Nelson
William S. Rutchow, BPR #017183
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615-254-1900
Facsimile:  615-254-1908

Luci L. Nelson, BPR # 036354
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
Telephone:  864-271-1300

Facsimile: 864-235-8806

Attorneys for Defendant Whirlpool Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of May, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all registered participants and via Certified Mail, Return Receipt Requested, upon the following:

Mawule Tepe
3403 Peerless Rd., NW #G
Cleveland, TN 37312
*Pro se*

/s/ Luci L. Nelson

2

51658159.v1-OGLETREE