UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MAWULE TEPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 1:22-CV-136-KAC-SKL |
| | ) |
| WHIRLPOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT

Pursuant to the Court's "Order Granting Motion to Dismiss" [Doc. 26], the Court **DISMISSED** this action without prejudice. Accordingly, the Court **DIRECTS** the Clerk to close the case.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT